IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEPHEN TERRY BRITT, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 12-0173-KD-C |
| UNITED STATES OF AMERICA, | : CRIMINAL ACTION NO. 10-0116-KD-C |
| Respondent. | |

### ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 28, 2013 is **ADOPTED** as the opinion of this Court.

**DONE** this 30th day of July 2013.

> s/ Kristi K. DuBose
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**